# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 260 WAL 2015
:
                Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
:
KENDELL CHARLES FOSTER, :
:
                Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.